**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
SEP 2 5 2019
Per_____
DEPUTY CLERK

(1) William Maldonado Rosado :
(Name of Plaintiff)    (Inmate Number)
:
_____ :
(Address)
:
(2) _____ :
(Name of Plaintiff)    (Inmate Number)
:                     _____
:                      (Case Number)
_____ :
(Address)
:
(Each named party must be numbered,
and all names must be printed or typed)

vs.                                  : CIVIL COMPLAINT

(1) Robert J. Karnes)(Warden) :
(2) Tina Litz) Deputy Warden of treatment :
(3) _____ :
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: [X] 42 U.S.C. § 1983 - STATE OFFICIALS
                   [ ] 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   None
   _____
   _____
   _____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? Grieved it, & Appealed it to The Warden

2. What was the result? Denied by the Administration, And it's been over 2 month's no Answer from Warden

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Robert J. Karnes

Employed as Warden at Lebanon Corr Facility
Mailing address: 730-East Walnut St Leb, PA 17042

(2) Name of second defendant: Tina Litz
Employed as ~~hhhRb~~ Deputy Warden at Lebanon Corr Facility
Mailing address: 730-East Walnut Street Leb, PA 17041

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Not Allowed Reasonable amount of time to Access the Law-Library, through A Kias Machine, that only Allow's (30) minutes

2

2. Per user, but theres (26) inmates that must use the machines in only 30 minutes That is provided for the whole day, We dont have Reasonable Acces to

3. The Law Library, dont Allow me To Seek Help from the Clerk they Have at the Law Library, NO Inmate Allowed to Attend the Law Library

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To Allow us Inmates In the Protective Custody, Access to the Law-Library (30) minutes, Not enuff time for 26 inmates! We Need more time to be Able to Access the courts

2. Seek Help from other Inmates OR Get to Speak with the Law-Library Clerk, thats Hired by the Facility

3. To change this policy were P.C Inmates to Allow us equal Acces to the Law-Library As the Rest of the Prision

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __19__ day of __September__, 20__019__

_William M[illegible] Read_
(Signature of Plaintiff)

4

WILLIAM MALdoNAdo, ROSAdo
730-EAST Walnut Street
LEBANON, PA 17042

RECEIVED
SCRANTON
SEP 25 2019
PER _____ DEPUTY CLERK

UNITE
MIDDLE
WILLIA
235
P.O
SC

LEGAL MAIL