UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MALDONADO ROSADO,<br>　　　　　Plaintiff<br><br>v.<br><br>ROBERT J. KARNES, *et al.,*<br>　　　　　Defendants | CASE NO. 4:19-CV-1655<br><br><br><br>(ARBUCKLE, M.J.) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that Defendants' Motion to Dismiss (Doc. 31) will be GRANTED IN PART as follows:

(1) All claims Karnes and Litz are DISMISSED. However, these claims are dismissed WITHOUT PREJUDICE.

(2) Plaintiff is GRANTED leave to file an Amended Complaint. Plaintiff may, if he chooses, file an amended complaint on or before **January 8, 2021**. Failure to file an amended complaint will result in the dismissal of this case.

**Plaintiff is placed on notice that any amended complaint must be complete in all respects**; it must be a new pleading that complies with the requirements of the Federal Rules of Civil Procedure which stands by itself without reference to the complaint already filed. The amended complaint will completely replace the original complaint, therefore if Plaintiff chooses to file an amended complaint, the original complaint will have no role in the future of this case.

Date: December 1, 2020　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　*s/William I. Arbuckle*
　　　　　　　　　　　　　　　　　　William I. Arbuckle
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge